District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)

FILED 22 AUG '22 10:26 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

Benjamin J. Wylam
*Petitioner*

v.

DeWayne Hendrix
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:22-cv-01240-AR
*(to be assigned by the Clerk of Court)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Benjamin Jay Wylam
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCI Sheridan
   (b) Address: P.O. Box 6000
   Sheridan, Oregon 97378
   (c) Your identification ("SID") number: 51415-509

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Indicate that you are currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of the court that sentenced you: United States District Court for the Northern District of California
   (b) Docket number of criminal case: CR-21-00246-001 EMC
   (c) Date of sentencing: 10-28-2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 2 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                                   Page 3 of 10

## Decision or Action You Are Challenging

5. Indicate what you are challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:  __FCI Sheridan Case Manager Pedraza__

   (b) Docket number, case number, or opinion number:  __None__

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   __The application of 15 days of FSA Time Credits which is a fraction of the Time Credits that the Petitioner has earned. Additionally, the refusal for an additional calculation prior to the correct release date of August 30, 2022.__

   (d) Date of the decision or action:  __July 27, 2022__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes          ☒ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____

      (3) Docket number, case number, or opinion number: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 3 of 9

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                     Page 4 of 10

(b) If you answered "No," explain why you did not appeal:  The Petitioner does not have enough time (approximately 4 months) to exhaust the BOP's administrative remedy process pursuant to PRLA requirements prior to the date he should be released.

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes            ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 4 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                               Page 5 of 10

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes        ☐ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes        ☐ No

    If "Yes," provide:

    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 5 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                Page 6 of 10

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                ☒ No

If "Yes," provide:

(a)   Date you were taken into immigration custody: _____
(b)   Date of the removal or reinstatement order: _____
(c)   Did you file an appeal with the Board of Immigration Appeals?

☐ Yes           ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes           ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 6 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                                                        Page 7 of 10

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The Respondent's Case Manager provided documentation which incorrectly miscalculated the Petitioner's FSA Time Credits and refused to recalculate or review the determination of 15 earned days.

District of Oregon Case 3:22-cv-01240-AR Document 1 Filed 08/22/22 Page 7 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                              Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Petitioner self-surrendered on 1/27/2022 and began FSA "programming" on February 9, 2022. To date, the Petitioner has accumulated 95 days of FSA Time Credit and will continue to accumulate Time Credit until the end of August. Based on the calculation formula set forth in the Department of Justice's FSA "Final Rules", the Petitioner should be release from custody without (emphasis added) home confinement consideration on August 30, 2022.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes            ☐ No

Note: No appeals exist that can be resolved prior to the correct release date.

**GROUND TWO:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☐ No

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 8 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                                              Page 9 of 10

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State what you want the Court to do:  <u>Order the Respondent to review the Petitioner's FSA Time Credit calculation and if the Petitioner's calculations are correct, release him immediately.</u>

District of Oregon Case 3:22-cv-01240-AR    Document 1    Filed 08/22/22    Page 9 of 9
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 6/19)                                                                                          Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

August 18, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: August 18, 2022

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution, you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7. Accordingly, you must submit your filings in this case to Snake River Correctional Institution staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to Snake River Correctional Institution staff for scanning and electronic submission, if you are incarcerated there.